UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DUSTIN WHITE,

    Petitioner,

v.

WARDEN, ROSS
CORRECTIONAL INSTITUTION

    Respondent.

Case No. 2:14-cv-1905
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## ORDER

On September 28, 2015, the Magistrate Judge recommended that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. (Report & Recommendation at 1 [ECF No. 9].) Although the parties were advised of the right to object to the recommendation, and of the consequences of failing to do so, no objections have been filed.

The Report and Recommendation [ECF No. 9] is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.** The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

    IT IS SO ORDERED.

10-19-2015
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE